Calvin BURKE, Plaintiff–Appellant

v.

ST. LOUIS CITY JAILS, et al., Defendants–Appellees.

Nos. 15–3217, 15–3887.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 11, 2016.

Filed: Feb. 12, 2016.

Calvin Burke, Fordland, MO, pro se.

Alexis Lee Silsbe, Assistant City Counselor, City of St. Louis Law Department,

---

Saint Louis, MO, for Defendants–Appellees.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Missouri inmate Calvin Burke challenges interlocutory orders entered in his 42 U.S.C. § 1983 action. In No. 15–3887, Burke appeals a district court[1] order dismissing fewer than all claims and defendants. This is not an appealable final order. *See* 28 U.S.C. § 1291; *In re Russell,* 957 F.2d 534, 535 (8th Cir.1992). Accordingly, we dismiss the appeal for lack of jurisdiction.

In No. 15–3217, Burke appeals an order denying a preliminary injunction to protect him from harm that a correctional officer at St. Louis City Jails allegedly threatened. We dismiss this appeal as moot because Burke has filed notices of his transfer to other correctional facilities, *see Owens v. Isaac,* 487 F.3d 561, 564 (8th Cir.2007), and there is no showing he is likely to be sent back to St. Louis City Jails, *see Smith v. Hundley,* 190 F.3d 852, 855 (8th Cir.1999).

---

[1] The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.